# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-791
Lower Tribunal No. 2020CA-003014

_____

CARIBBEAN BAY, INC.,

Appellant,

v.

OLD DOMINION INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Wayne M. Durden, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Ramil A. Kaminsky and Jacquelyn M. Codd, of RAK Law, PLLC, Lakeland, for Appellant.

Diane H. Tutt and Hinda Klein, of Conroy Simberg, Hollywood, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED